## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 29  

**IP Address:** 67.245.40.144  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash: 8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 12/17/2023 15:44:06 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 2 | Info Hash: F0EB5A6C5DAC99B7DD5281A3A341A4024E25C0F8<br>File Hash: C36D715D9B1EEF6051D38B13AAE7634664EBF9751192811B3A9B481D706FFC77 | 12/17/2023 15:42:37 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 3 | Info Hash: C9E35C214C29132E52EBDA39CDA37A2993DFD3E3<br>File Hash: AE9E1E628D8BA995609BF8DDE4909D34A2103D32CD198D3EE84B231034D63F00 | 12/17/2023 15:42:16 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 4 | Info Hash: 0236ECFBBE686981231B5D9C08836B425E1F3F8E<br>File Hash: 5F4782368F2D9083587226A5D9E3AC6BD5E494FCAD6C31B5B0368AEBD3A52C5A | 12/17/2023 15:39:40 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 5 | Info Hash: 70CF6756C8318E2D8300A38CE4D54CA041788A01<br>File Hash: 069B1220944D98FB580C2AA9CA757D6A853B83C4DBC37A801CDEDD9D567CA37E | 12/17/2023 15:39:13 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 6 | Info Hash: 4847EBFD7603247D5A38283D727EFCCDDA24EC02<br>File Hash: 55CF0EF1409B78D7106F50D406E771241230797EE4D912FBA7BDD1D5301FB2D7 | 12/17/2023 15:39:13 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |
| 7 | Info Hash: 2DFC524A00D33855EE295C15804EA5D18C92B522<br>File Hash: 10949CAA714DB3CC7164F447B82DD1D749A261FC8689BEABE9C8D12BF7B3AF8A | 12/17/2023 15:35:38 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 8 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 12/15/2023 12:43:21 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 9 | Info Hash: E452D23913E053866E31D6D6F92DE54C310DA003<br>File Hash: 8DB567512505266F30DBA8F4B04557C917B8116EAC2FCB2C19ABC6570946CFE9 | 05/01/2023 01:22:35 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 10 | Info Hash: 06A699F04233A269B959CFBD8EF524A5BAE9D731<br>File Hash: B723692E9D6892949F879FCEA92B1FE19361ABB754D298EC37F2A99AE416B9BE | 03/30/2023 11:36:01 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 11 | Info Hash: C4DEFA2A3F4D57B754D35A986EA24E888D94654D<br>File Hash: 56150F726FF3B62E94BAED745A2FDDD76E0E4C9934C67FB9D47BE3AB05018606 | 03/29/2023 01:40:13 | Vixen | 09/06/2017 | 09/15/2017 | PA0002052844 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash: BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 03/29/2023 01:36:40 | Vixen | 10/28/2022 | 12/11/2022 | PA0002384773 |
| 13 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 03/29/2023 01:31:53 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 14 | Info Hash: 1DBCF8D2F535B0F1D3C3A6A6180B09F4364BCF1A<br>File Hash: 34D44A4521F3167D8C9003DF0C17C20F8BD8995FE1422B46112BAD35C06EB660 | 03/28/2023 00:42:19 | Vixen | 01/15/2021 | 02/02/2021 | PA0002280500 |
| 15 | Info Hash: 7EFE7E84699F1073E55F54F35F175E7DA0DA9AF7<br>File Hash: AAC4376DF5AF9F483273617E9D72E69EAF62D41D1E9ABDA97D262D4991D79571 | 03/28/2023 00:32:45 | Vixen | 05/20/2022 | 06/27/2022 | PA0002354985 |
| 16 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 03/28/2023 00:30:15 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 17 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash: BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 03/28/2023 00:26:05 | Vixen | 08/27/2021 | 09/30/2021 | PA0002319735 |
| 18 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash: FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 03/28/2023 00:25:32 | Vixen | 08/19/2022 | 08/30/2022 | PA0002367752 |
| 19 | Info Hash: F518524A3E8B5819DB451A88F725D979F728EC34<br>File Hash: 214831A9AE0BDE41D7CC70624EDBDC1409C5DCDC9C98B7E89CCFD1662F95A0E7 | 03/27/2023 01:42:10 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 20 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 03/27/2023 01:38:49 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 21 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 03/27/2023 01:36:16 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 22 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 03/27/2023 01:34:43 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 23 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 03/27/2023 01:27:40 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 01/23/2023 19:35:10 | Vixen | 11/12/2021 | 12/09/2021 | PA0002325810 |
| 25 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 01/23/2023 19:35:00 | Vixen | 02/04/2022 | 02/14/2022 | PA0002335462 |
| 26 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash:<br>0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 01/23/2023 19:34:33 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 27 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash:<br>EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 01/23/2023 19:27:06 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 28 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01/23/2023 19:27:05 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 29 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 12/05/2022 12:44:01 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |